UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

McCann, et al,

                      Plaintiffs,

      -against-

Whole Foods Market Group, Inc.,

                      Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-01026-NSR-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 13, 2024 at 11 AM.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **114 322 407 4** and then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
             February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge