

**MEMO ENDORSED**

**SHANNA TORGERSON, ESQ.**
**(718) 962-9185**
storgerson@chartwelllaw.com

**Reply To: New York Office**
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

March 20, 2024

**Via Electronic Filing:**
Honorable Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re: **McCann, Roberta and Donald v. Whole Foods Market Group, Inc.**
       **Our File No.:  8208.0095672**
       **Docket No.:    7:23-cv-01026-NSR**

Dear Hon. Judge Roman:

  We represent the defendant, Whole Foods Market Group, Inc. ("Whole Foods"), in the above-referenced matter.

  This matter is currently scheduled for a case management conference before Your Honor on March 21, 2024.  The parties have conferred and respectfully request an adjournment of the case management conference due to some limited remaining discovery.

  On March 18, 2024, the parties appeared for a conference with Magistrate Judge Resnick wherein the discovery end date was extended to April 30, 2024, to allow for the completion of written discovery, a final deposition of Whole Foods employee Sebastain Ojeda (scheduled for March 22, 2024), completion of plaintiff's medical examination (scheduled for April 16, 2024), and the exchange of the medical examination report.

  Please feel free to contact us if you have any questions.

**In light of the extension of the discovery deadline, the parties' request to adjourn the Status Teleconf. from Mar. 21, 2024 until May 31, 2024 at 12 noon is GRANTED. Counsel are directed to this Court's Order at ECF No. 9 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 27.**
**Dated: White Plains, NY**
   **March 20, 2024**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/20/2024__

Thank you for your time and consideration.

                                          Very truly yours,

                                          **CHARTWELL LAW**

By: _____
      Shanna R. Torgerson
      WHOLE FOODS MARKET GROUP, INC,
      One Battery Park Plaza, Suite 710
      New York, NY  10004
      (212) 968-2300
      storgerson@chartwelllaw.com

**Via Email:**
cc:    Lizeth Morales, Esq.
       lmorales@duffyduffylaw.com