UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

McCann,

                      Plaintiffs,

              -against-

Whole Foods Market Group,

                     Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-1026-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **10/31/24 at 10:30 am.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                October 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge