```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Roberta McCann and Donald McCann,
                               Plaintiffs,

            -against-

Whole Foods Market Group, Inc.,
                              Defendant.
------------------------------------------------------------------X

23-cv-1026

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On December 5, 2024, the Court directed the parties to submit a joint status letter to the Court by no later than January 17, 2025. (ECF No. 56). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **January 24, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                January 21, 2025

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge