```
                          USDC SDNY
                          DOCUMENT
                          ELECTRONICALLY FILED
                          DOC #: _____
                          DATE FILED: 9/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTA MCCANN and DONALD MCCANN, <br><br> Plaintiffs, <br><br> -against- <br><br> WHOLE FOODS MARKET GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 7:23-cv-01026-NSR <br><br> **NOTICE OF MOTION FOR <u>SUMMARY JUDGMENT</u>** |

**MEMO ENDORSED**

  **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Shanna R. Torgerson, Esq. in Support of Defendant Whole Foods Market Group, Inc.'s ("WFM") Motion for Summary Judgment, dated the 12th day of September, 2025 and the exhibits annexed thereto, Declaration of Miguel Polanco dated the 12th day of September, 2025 and the exhibits annexed thereto, Statement of Undisputed Material Facts, dated the 12th day of September, 2025 and the accompanying Memorandum of Law in Support of WFM's Motion for Summary Judgment, dated the 12th day of September, 2025, WFM, by and through its undersigned counsel, will move this Court before the Honorable Nelson S. Roman, at the United States Courthouse located at 300 Quarraopas Street, White Plains, NY 10601, at a date and time to be determined by the Court, pursuant to Federal Rules of Civil Procedure Rule 56 for an Order dismissing the Summons and Complaint of plaintiff, Roberta McCann, as: 1) WFM cannot be held negligent in this case because it did not breach a duty of care to Plaintiff ROBERTA MCCANN; and (2) Plaintiff cannot establish that any of WFM's acts and/or omissions proximately caused the accident, because WFM did not create the alleged condition or have actual or constructive notice of it.

Dated: September 12, 2025

                        Respectfully submitted,

                        CHARTWELL LAW

BY: _____

                        Shanna R. Torgerson, Esq.
                        Jarett L. Warner, Esq.
                        *Attorneys for Defendant*
                        *Whole Food Market Group, Inc.*
                        One Battery Park Plaza, Suite 710
                        New York, New York 10004
                        (212) 516-9304

The Court DENIES Defendant's Motion for Summary Judgment without prejudice subject to refiling and for failure to follow the Court's order at ECF No. 67. The Clerk of Court is kindly requested to terminate the motion at ECF No. 68.

Dated: September 30, 2025
       White Plains, New York

                                        SO ORDERED:

                                        NELSON S. ROMÁN
                                        United States District Judge